USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SUPERNOVA MEDIA, INC, on behalf of
SHANNON'S RAINBOW LLC, a Delaware Limited
Liability Company, JOSEPH DI PALMA, and
JOCELYN ENGLE,

                          Plaintiffs,

      -against-

SHANNON'S RAINBOW LLC, a Utah Limited
Liability Company, SUMMITWORKS, LLC,
FRANK E. JOHNSON, KELLY NELSON,
CHARLES MORRISON, CARMINE "TONY"
LOTITA, JOSEPH G. PIA, JOHN MOWOD,
LAWRENCE RICHERT, and DOES 1-20,

                          Defendants.

-----------------------------------------------------------x

No. 09-Civ.-3820 (BSJ-GWG)

[PROPOSED]
ORDER APPROVING
SUBSTITUTION OF
OF COUNSEL ON
CONSENT

IT IS HEREBY CONSENTED that the law firm of Wrobel & Schatz LLP, 1040 Avenue of the Americas, 11th Floor, New York, New York 10018-3703, Tel: 212-421-8100, be substituted as counsel of record in the above-captioned action on behalf of plaintiffs Supernova Media, Inc., Joseph Di Palma, and Jocelyn Engle, in place and stead of the law firm of Pryor Cashman LLP, 7 Times Square, New York, New York 10036-6569, Tel. 212-421-4100.

Dated: New York, New York
         August 25, 2009

WROBEL & SCHATZ LLP

By: _____
Philip R. Schatz (PS 6158)
1040 Avenue of the Americas -11th floor
New York, NY 10018
Tel: (212) 421-8100

PRYOR CASHMAN LLP

By: _____
James Stephen O'Brien, Jr.
7 Times Square
New York, NY 10036
Tel.: (212) 421-4100

-1-

SUPERNOVA MEDIA, INC

By: _____
Joycelyn Engle, Vice President

JOSEPH DI PALMA

_____
by JE

JOYCELYN ENGLE

_____

SO ORDERED

_____
U.S.D.J.

10-30-09